FILED

OCT 16 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  V. Steven Booth
   1201 24 th Street  B-200
2  Bakersfield,CA   93301
   (661) 324-4431
3

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09-CV-01689-AWI-BAK |
|---|---|
| Plaintiff, | ) |
| vs. | ) DEFENDANTS' ANSWER TO COMPLAINT |
| | ) |
| V. STEVEN BOOTH and LOUISE Q. BOOTH, | ) DEMAND FOR JURY TRIAL |
| Defendants. | |

Defendants V. Steven Booth and Louise Booth hereby answer the complaint (according to its paragraphs) as follows:

1. Defendants admit they are parties to this action by the United States.

2. Defendants lack knowledge or information and therefore deny this allegation.

3. Defendants lack knowledge or information concerning the jurisdictional facts, and therefore deny this allegation.

4. Admit venue is proper in this Court.

5. Paragraphs 1-4 are incorporated herein.

6. Denied. Further, the numbers alleged are nothing but naked assessments which have no basis in fact or law.

7. Admit the defendants filed joint returns; but deny they owe the amounts alleged.

1. 8. Deny that any limitation periods were extended, or any timely assessments were made.
2. 9. Denied.
3. 10. Denied.
4. 11. Admit the defendants were wrongfully indicted and that civil cases related to the execution of illegal search warrants and other matters have been stayed due to repeated requests by government counsel. The remainder of the allegations are immaterial and do not require a response.
5. 12. Defendants demand trial by jury for all triable issues.

## AFFIRMATIVE DEFENSES

13. This action is barred by estoppel because before it was filed, defendants made an offer of discharge for the claims asserted.

WHEREFORE, defendants request:

1. This matter be dismissed with prejudice;
2. The Court award defendants costs and fees;
3. Any other relief the Court deems just.

Submitted by,

By: V. Steven Booth

By: Louise Booth

## CERTIFICATE OF SERVICE

1
2  It is hereby certified that on the below date the foregoing document was served on the following parties by depositing a true and correct copy in the United States mail, in an enclosed envelope, with proper postage prepaid, and addressed as follows:
3

4  G. Patrick Jennings
   U.S. Dept of Justice, Tax Division
   P.O. Box 683
5  Ben Franklin Station
   Washington, DC 27044
6

7
   The undersigned declares under penalty of perjury that the foregoing is true and
8
   correct.
9
   DATE: 10/16 _____, 2009            By: /s/ V. Steven Both
10

11

...

3