UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH,<br><br>    Defendants. | CIV-F-09-1689 AWI BAK<br><br>ORDER VACATING HEARING DATE OF DECEMBER 21, 2009 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiff United States has made a motion to stay the case. Defendants have filed no opposition. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 21, 200, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.


IT IS SO ORDERED.

Dated:  December 17, 2009    /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE