UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH,<br><br>    Defendants. | CIV-F-09-1689 AWI GSA<br><br>ORDER VACATING HEARING DATE OF APRIL 12, 2010 AND TAKING MATTER UNDER SUBMISSION |

Defendants have made a motion to have the case dismissed for lack of subject matter jurisdiction. Doc. 18. Plaintiff has filed an opposition. Doc. 19. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 12, 2010, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 8, 2010                   /s/ Anthony W. Ishii
                                             CHIEF UNITED STATES DISTRICT JUDGE