# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIV-F-09-1689 AWI GSA |
| Plaintiff, ) | ORDER LIFTING STAY |
| v. ) | |
| VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, ) ) | |
| Defendants. ) | |

    Defendants Vincent Steven and Louise Q. Booth are a married couple who file joint tax returns. In 1999, Plaintiff United States made tax assessments against the Booths for deficiencies in the tax years 1995-1997. They have not paid the assessments. On April 9, 2009, a grand jury in Sacramento indicted the Booths on various criminal charges related to tax evasion. The charges generally involve allegations that the Booths have worked in concert with others to avoid paying taxes. On September 24, 2009, the United States filed this present suit to reduce the tax assessments to a judgment of $4,055,264.44. This case was stayed, pending the outcome of the criminal case. As part of a plea bargain, Vincent Booth has plead guilty and the charges against Louise Booth are expected to be dropped shortly. The United States has moved to lift the stay and the Booths have stated their concurrence. Docs. 30 and 31.

    It is ORDERED that the stay be lifted. The hearing date of December 12, 2011 is

vacated.  The parties are directed to contact the office of Magistrate Judge Gary Austin within fourteen (14) days to schedule a Mandatory Scheduling Conference.

**IT IS SO ORDERED.**

Dated:     December 6, 2011

**CHIEF UNITED STATES DISTRICT JUDGE**