UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>VINCENT STEVEN BOOTH, LOUISE  )<br>Q. BOOTH, MICHAEL SCOTT IOANE;  )<br>ACACIA CORPORATE  )<br>MANAGEMENT, LLC., AND  )<br>MARIPOSA HOLDINGS, INC.,  )<br>  )<br>Defendants.  )<br>_____  ) | CIV-F-09-1689 AWI GSA<br><br>ORDER VACATING HEARING DATE OF MAY 14, 2012 AND TAKING MATTER UNDER SUBMISSION |

Defendants Michael Schott Ioane, Acacia Corporate Management, and Mariposa Holdings have filed a motion to dismiss. Plaintiff United States has filed an opposition. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14, 2012 is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

**IT IS SO ORDERED.**

```
Dated:    May 8, 2012                                   /s/ signature
                                        CHIEF UNITED STATES DISTRICT JUDGE
```