IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT STEVEN BOOTH;  LOUISE Q. BOOTH;  MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT LLC; MARIPOSA HOLDINGS INC.,<br><br>　　　　Defendants. | Civil No. 1:09-CV-01689-AWI-GSA<br><br>**ORDER REGARDING STIPULATION TO EXTEND FACT DISCOVERY** |

Plaintiff, the United States of America ("United States"), defendants V. Steven Booth and Louise Q. Booth, and defendants Acacia Corporate Management LLC, Michael Scott Ioane, and Mariposa Holdings, Inc., by counsel undersigned, jointly request an order extending fact discovery.  For good cause shown,

**IT IS ORDERED THAT**

　　Fact discovery may continue until February 1, 2013.  All other dates in the scheduling order entered January 13, 2012, (Doc. No. 37) shall remain the same, including the deadlines for all pretrial motions, pretrial conference and jury trial.

　　IT IS SO ORDERED.

　　Dated:   **August 9, 2012**　　　　　　　　　　/s/ **Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE