# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-cv-01689 AWI GSA |
| Plaintiff, | |
| | **ORDER STRIKING MOTION FOR "EMERGENCY EX PARTE PROTECTIVE ORDER"** |
| v. | |
| VINCENT STEVEN BOOTH, *et al.*, | (Docket Entry No. 65) |
| Defendants. | **ORDER VACATING HEARING OF AUGUST 31, 2012** |

*Motion for "Emergency Ex Parte Protective Order"*

At 10:10 a.m. on August 28, 2012, Defendants Michael Scott Ioane, Acacia Corporate Management, LLC, and Mariposa Holdings, Inc. filed an "Emergency Ex Parte Motion for Protective Order." (*See* Doc. 65.)[1]

The motion is hereby **STRICKEN**. It is untimely, it fails to cite to any legal authority whatsoever, and it further fails to comply with this Court's Local Rules. With specific regard to untimeliness, it is plain that Defendants' counsel was aware of the impending depositions at least as early as August 15, 2012, the date of his letter appended as Exhibit 1. Nevertheless, he waited nearly fourteen days to make any objection known.

---

[1]

1

*Motion to Amend Complaint*

Following preliminary review, this Court has determined that the motion set to be heard Friday, August 31, 2012, at 9:30 a.m., may be submitted upon the record and briefs in accordance with Local Rule 230(g). Therefore, the hearing is VACATED and the matter stands submitted. The Court's written order shall issue in due course.

IT IS SO ORDERED.

Dated: **August 28, 2012**         /s/ **Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE

2