UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT STEVEN BOOTH, LOUISE ) <br> Q. BOOTH, MICHAEL SCOTT IOANE; ) <br> ACACIA CORPORATE ) <br> MANAGEMENT, LLC., AND ) <br> MARIPOSA HOLDINGS, INC., ) <br> ) <br> Defendants. ) <br> _____) | CIV-F-09-1689 AWI GSA <br><br> ORDER VACATING HEARING <br> DATE OF OCTOBER 15, 2012 |

Defendants Michael Schott Ioane, Acacia Corporate Management, and Mariposa Holdings have filed a motion for reconsideration. Doc. 71. Defendants sought reconsideration of an order denying a motion to dismiss. Doc. 69. Subsequently, Plaintiff United States was granted leave to file an amended complaint. Doc. 72 and 73. Defendants have filed a new motion to dismiss. Doc. 78. The amended complaint moots the motion for reconsideration.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 14, 2012 is VACATED, and no party shall appear at that time.

**IT IS SO ORDERED.**

**Dated:    October 11, 2012**
                                                           **CHIEF UNITED STATES DISTRICT JUDGE**

1