UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV-F-09-1689 AWI GSA |
| Plaintiff, | ORDER RE: MOTIONS TO DISMISS AND FOR RECONSIDERATION |
| v. | |
| VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT, LLC., AND MARIPOSA HOLDINGS, INC., | (Doc. 71, 78, and 89) |
| Defendants. | |

Defendants Michael Schott Ioane, Acacia Corporate Management, and Mariposa Holdings filed a motion for reconsideration. Doc. 71. Defendants sought reconsideration of an order denying a motion to dismiss a first amended complaint. Doc. 69. Subsequently, Plaintiff United States was granted leave to file an amended complaint. Doc. 72 and 73. Defendants then filed a new motion to dismiss the second amended complaint, and then amended their motion. Docs. 78 and 89. Plaintiff United States was granted further leave to amend. Doc. 96 and 97. The third amended complaint moots the prior motions to dismiss and for reconsideration.

**IT IS SO ORDERED.**

Dated:     November 14, 2012

UNITED STATES DISTRICT JUDGE

1