UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT, LLC., AND MARIPOSA HOLDINGS, INC.,<br><br>　　　　Defendants. | CIV-F-09-1689 AWI GSA<br><br>ORDER VACATING HEARING DATE OF FEBRUARY 25, 2013 |

　　Defendants Michael Schott Ioane, Acacia Corporate Management, and Mariposa Holdings have filed a motion for stay. Doc. 122. Plaintiff United States of America opposes the motion. Doc. 123. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 25, 2013, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 20, 2013　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1