# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | CASE NO. 1:07-CV-1129 AWI GSA<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE AT 3:00 PM ON MONDAY, MAY 6, 2013 |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT STEVEN BOOTH, et al.,<br><br>　　　　Defendants. | CASE NO. 1:09-CV-1689 AWI GSA |
| STEVEN BOOTH, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ACACIA CORPORATE MANAGEMENT, LLC., et al.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 1:12-CV-0171 AWI GSA |

These are three related cases that all deal with conflicting claims of ownership over real property.  In order to facilitate the management of these parallel cases, a telephonic status conference is scheduled for 3:00 PM on Monday, May 6, 2013.  The United States is directed make arrangements for a conference call.  Specifically, the court is interested in discussing issues of necessary parties and a coordinated trial schedule.

IT IS SO ORDERED.

Dated:     April 30, 2013

SENIOR  DISTRICT  JUDGE