1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                          **EASTERN DISTRICT OF CALIFORNIA**

8

9   **ACACIA CORPORATE**                    )      **CASE NO. 1:07-CV-1129 AWI GSA**
    **MANAGEMENT, LLC, MICHAEL**            )
10  **IOANE,**                              )      **ORDER SETTING TELEPHONIC**
                                            )      **STATUS CONFERENCE AT 3:00**
11             **Plaintiffs,**              )      **PM ON MONDAY, MAY 6, 2013**
                                            )
12        **v.**                            )
                                            )
13  **UNITED STATES OF AMERICA, et al.,**   )
                                            )
14             **Defendants.**              )
    _____        )
15                                          )      **CASE NO. 1:09-CV-1689 AWI GSA**
    **UNITED STATES OF AMERICA,**           )
16                                          )
               **Plaintiff,**               )
17                                          )
          **v.**                            )
18                                          )
    **VINCENT STEVEN BOOTH, et al.,**       )
19                                          )
               **Defendants.**              )
20  _____        )
                                            )      **CASE NO. 1:12-CV-0171 AWI GSA**
21  **STEVEN BOOTH, et al.,**               )
                                            )
22             **Plaintiffs,**              )
                                            )
23        **v.**                            )
                                            )
24  **ACACIA CORPORATE**                    )
    **MANAGEMENT, LLC., et al.,**           )
25                                          )
               **Defendants.**              )
26  _____        )
                                            )
27  **AND RELATED COUNTERCLAIMS**           )
    _____        )
28

                                        1

1    These are three related cases that all deal with conflicting claims of ownership over real

2  property.  In order to facilitate the management of these parallel cases, a telephonic status

3  conference is scheduled for 3:00 PM on Monday, May 6, 2013.  The United States is directed

4  make arrangements for a conference call.  Specifically, the court is interested in discussing issues

5  of necessary parties and a coordinated trial schedule.

6  IT IS SO ORDERED.

7

Dated:    April 30, 2013

8                                                            SENIOR  DISTRICT  JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28