**FILED**
MAY 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  KATHRYN KENEALLY
   Assistant Attorney General
2
   G. PATRICK JENNINGS
3  COLIN C. SAMPSON
   Trial Attorneys, Tax Division
4  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
5  Washington, D.C. 20044-0683
   Telephone: (202) 307-6648
6  E-mail:  Guy.P.Jennings@usdoj.gov
            Colin.C.Sampson@usdoj.gov
7  Of Counsel:
   BENJAMIN B. WAGNER
8  United States Attorney
   Eastern District of California
9
   Attorneys for the United States of America
10

11

12 KAMALA D. HARRIS, State Bar No. 146672
   California Attorney General
13 MOLLY K. MOSLEY, State Bar No. 186196
   Supervising Deputy Attorney General
14 JILL BOWERS, State Bar No. 186196
      1300 I Street, Suite 125
15    P.O. Box 944255
      Sacramento, CA 94244-2550
16    Telephone: (916) 323-1948
      Fax: (916) 327-2247
17    E-mail: Jill.Bowers@doj.ca.gov

18 Attorneys for Defendant State of California
   Franchise Tax Board
19

20

21             IN THE UNITED STATES DISTRICT COURT FOR THE

22                    EASTERN DISTRICT OF CALIFORNIA

23

24

25

26

27

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VINCENT STEVEN BOOTH; LOUISE Q. BOOTH; MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT LLC; MARIPOSA HOLDINGS INC.; CALIFORNIA FRANCHISE TAX BOARD;<br><br>Defendants. | Civil No. 1:09-CV-01689-AWI-GSA<br><br>STIPULATION AND REQUEST FOR ORDER REGARDING LIEN PRIORITY |

The United States of America and the California Franchise Tax Board ("FTB"), through their respective attorneys, hereby stipulate and agree as follows:

## THE SUBJECT PROPERTIES

### 5717 Roundup Way

The first parcel of real property that is the subject of this action is located at 5717 Roundup Way, Bakersfield, California 93306 (herein referred to as "5717 Roundup Way"), in the County of Kern, State of California, and is more particularly described as follows:

> LOT 29 OF TRACT NO.3817, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED OCTOBER 15, 1976 IN BOOK 26, PAGES 151 TO 153 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY....[1]

### 1927 21st Street

The second parcel of real property that is the subject of this action is located at 1927 21st Street, Bakersfield, California 93301 (herein referred to as "1927 21st Street"), in the County of Kern, State of California, and is more particularly described as follows:

> LOTS II AND 12 IN BLOCK 201 OF THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP THEREOF RECORDED NOVEMBER 25,1898 IN BOOK 1, PAGES 13 AND 14 OF MAPS, IN THE

---

[1] Lengthy legal descriptions are set forth in full in Appendix A, attached to the original complaint.

OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

### 5705 Muirfield Drive

The third parcel of real property that is the subject of this action is located at 5705 Muirfield Drive, Bakersfield, California 93306 (herein referred to as "5705 Muirfield Drive"), in the County of Kern, State of California, and is more particularly described as follows:

> THE LAND AND REAL PROPERTY IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, CALIFORNIA STATE, DESCRIBED AS:
>
> PARCEL I:
>
> LOT 4 OF TRACT 4578, UNIT A, AS PER MAP THEREOF RECORDED APRIL II, 1984 IN BOOK 33, PAGES 66 AND 67 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.[2]

### Claims of the United States

On the following dates, duly authorized delegates of the Secretary of the Treasury made assessments against the Booths for their unpaid federal income taxes for the tax years 1995 through 1997, creating federal tax liens:

| Tax Period | First Assessment Date | Date Recorded with Kern County Recorder |
|---|---|---|
| 1995 | 07-15-1996 | 03-15-2000 |
| 1996 | 09-29-1997 | 03-15-2000 |
| 1997 | 09-28-1998 | 03-15-2000 |

The IRS filed a Notice of Federal Tax Lien against V. Steven and Louise Q. Booth with respect to the federal income taxes assessed against them for the 1995 through 1997 tax years, with

---

[2] Lengthy legal descriptions are set forth in full in Appendix A.

the Kern County Recorder on March 15, 2000. The federal tax liens attach to the Roundup Way Property, the Muirfield Drive Property, and the 21st Street Property.

### Claims of FTB

On the following dates, the State of California Franchise Tax Board made assessments against the Booths for their unpaid state income taxes for the tax years 2000 through 2002, creating state tax liens:

| Tax Period | First Assessment Date | Date Recorded with Kern County Recorder |
|---|---|---|
| 2000 | 09-26-2007 | 03-17-2008 |
| 2001 | 09-26-2007 | 03-17-2008 |
| 2002 | 09-26-2007 | 03-17-2008 |

On March 17, 2008, FTB recorded a Notice of Lien, listing assessments against V. Steven Booth and Louise Q. Booth for unpaid California state income taxes for the years 2000 through 2002. The Booths have since paid their 2000 tax liability to FTB. The Booths' current liability for unpaid state taxes, penalties and interest for the 2001 and 2002 tax years calculated through May 7, 2013, is $153,573.50. The state tax liens attach to the Roundup Way Property, the Muirfield Drive Property, and the 21st Street Property.

///

///

Wherefore, the United States and the State of California Franchise Tax Board hereby stipulate and agree that the United States' federal tax liens against V. Steven and Louise Q. Booth for the tax years 1995 through 1997, have priority over the FTB's state tax liens for the tax years 2000 through 2002.

The parties so agree and request an order confirming the foregoing.

Dated: May 16, 2013   By: _____
COLIN C. SAMPSON
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorney for the United States of America*

Dated: May 15, 2013   By: _____
JILL BOWERS
Deputy Attorney General
California Department of Justice

*Attorney for Defendant State of California Franchise Tax Board*

**IT IS SO ORDERED.**

Dated: May 16, 2013.

_____
HONORABLE ANTHONY W. ISHII
~~Chief~~ Senior United States District Judge

- 5 -

*Stipulation to Lien Priority*