UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACACIA CORPORATE MANAGEMENT, LLC, MICHAEL IOANE, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br>  Defendants. | CASE NO. 1:07-CV-1129 AWI GSA <br><br> ORDER REQUESTING ADDITIONAL BRIEFING |
| UNITED STATES OF AMERICA, <br><br>  Plaintiff, <br><br> v. <br><br> VINCENT STEVEN BOOTH, et al., <br><br>  Defendants. | CASE NO. 1:09-CV-1689 AWI GSA |
| STEVEN BOOTH, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ACACIA CORPORATE MANAGEMENT, LLC., et al., <br><br>  Defendants. <br><br> AND RELATED COUNTERCLAIMS | CASE NO. 1:12-CV-0171 AWI GSA |

1

1   In these three cases, the Ioane Group has filed parallel motions to join two additional
2   parties (namely Bakersfield Properties and Trust Company and Southern Financial Trust) as
3   necessary under Fed. Rule Civ. Proc. 19.  The United States has filed a basic opposition.  The
4   court has reviewed the filings and requests additional briefing.  From the facts provided in the
5   pretrial statements, the court can not ascertain how these two entities' interests would be affected
6   by the relief sought by the United States.  For example, the parties assert that Bakersfield
7   Properties sold the Subject Properties to Acacia for a relatively small amount of money and an
8   assumption of unpaid portions of a mortgage debt.  The United States seeks to have that sale set
9   aside as a fraudulent transfer; it is conceivable that such a ruling would require Bakersfield
10  Properties to return the sale price and other consideration to Acacia.  Specifically, the court seeks
11  briefing (1) explaining the effect of these suits on both absentees' interests and (2) providing case
12  law explaining whether joinder is necessary based on these facts.  Further, the court requires
13  statements from the parties clarifying that these are the only two absentees the parties believe
14  must be joined.  If the parties believe any other absentees are also necessary parties, they must
15  make that assertion now.

16   The hearing on this motion is set for June 10, 2013.  The Ioane Group is ordered to file a
17  statement and any additional briefing they find necessary by 4:00 PM, Tuesday May 21, 2013.
18  The United States and the Booths are ordered to file additional opposition (or statements of non-
19  opposition) by 4:00 PM, Tuesday May 28, 2013.  The Ioane Group is ordered to file a reply by
20  4:00 PM, Monday, June 3, 2013.

22  IT IS SO ORDERED.

23  Dated:   May 17, 2013                                   _____
24                                                          SENIOR  DISTRICT  JUDGE