IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENT STEVEN BOOTH;  LOUISE Q. BOOTH;  MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT LLC; MARIPOSA HOLDINGS INC.; ALPHA ENTERPRISE LLC; CALIFORNIA FRANCHISE TAX BOARD;<br><br>    Defendants. | Civil No. 1:09-CV-01689-AWI-GSA<br><br>**JUDGMENT ON CERTAIN CLAIMS** |

The Court has determined that judgment on the tax liabilities at issue in this case should be entered consistent with the agreement of the plaintiff, United States, and defendants V. Steven Booth and Louise Q. Booth.  Additional issues as to foreclosure of properties remain pending in this case, however, there is no just reason to delay entry of judgment on the tax liabilities.  Rule 54(b) of the Federal Rules of Civil Procedure. Accordingly,

**IT IS ORDERED THAT**

1.    V. Steven Booth and Louise Q. Booth are jointly and severally indebted to the United States in the amount of $653,314.71 for individual income tax for the taxable periods ending December 31, 1995, 1996, and 1997 plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from February 28, 2013, until the judgment is paid.

2.    Each party shall be liable for its own costs of litigation and attorneys' fees.

IT IS SO ORDERED.

Dated:   June 4, 2013                                              _____
                                                                                    SENIOR DISTRICT JUDGE