UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VINCENT STEVEN BOOTH, LOUISE ) <br> Q. BOOTH, MICHAEL SCOTT IOANE; ) <br> ACACIA CORPORATE ) <br> MANAGEMENT, LLC., AND ) <br> MARIPOSA HOLDINGS, INC., ) <br> ) <br> Defendants. ) <br> _____) | CIV-F-09-1689 AWI GSA <br><br> ORDER RE: EX PARTE REQUEST TO FILE UNDER SEAL AND TO FILE SUPPLEMENTAL MOTIONS IN LIMINE |

    The Ioane Group has filed motions in limine. Counsel McPike also also requested more time to consult with Ioane to file additional motions in limine. The United States opposes the request. The motions in limine schedule is set and can not be modified as it abuts the trial date. The Ioane Group's request is denied.

    The Ioane Group requests an order authorizing the filing of tax returns as exhibits under seal. No party has opposed the request. The Ioane Group listed various tax returns as part of their exhibit list which was incorporated in the pretrial order. Documents submitted to the court in binders as exhibits are not public unless they are admitted at trial. Documents that are not admitted are returned to the parties. Documents that are admitted become part of the public record. At the time they are admitted, the parties may move to have them sealed. The Ioane Group's request is denied at this time.

IT IS SO ORDERED.

Dated:   June 26, 2013                          /s/ signature
                                                                SENIOR DISTRICT JUDGE