# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>VINCENT STEVEN BOOTH, et al.,<br><br>　　　　　　　　Defendants.<br>_____/ | 1:09-cv-01689-AWI-GSA<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO MAKE AVAILABLE FOR TELEPHONIC TESTIMONY MICHAEL SCOTT IOANE, REG. NO. 64460-097, WITNESS**<br><br>DATE:  July 18, 2013<br>TIME:  1:30 p.m. |

**MICHAEL SCOTT IOANE**, inmate, REG. NO. 64460-097, a necessary and material witness for the plaintiff in proceedings in this case on July 18, 2013, is confined at USP Lompoc Satellite Camp 3705 West Farm Road, Lompoc, CA 93436, in the custody of the Warden. In order to secure this inmate's testimony it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Michael Scott Ioane at a location within the prison where he will have access to a working phone and the trial exhibits for telephonic testimony on July 18, 2013, at 1:30 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate for telephonic testimony at the time and place above. During the testimony, the Warden must also provide the inmate with the multiple binders of trial exhibits which were sent to him and are currently in the possession of Ms. B. Hawkins. A representative of USP Lompoc Satellite Camp must contact the Courtroom Clerk, Harold Nazaroff at (559) 499-5668 by 4:30 p.m. on July 17, 2013 to finalize the logistics of the phone call itself.

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  The Warden at USP Lompoc Satellite Camp**:

　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and to give him access to the binders of trial exhibits for reference during his testimony.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   July 16, 2013　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE