# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>   v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC,  MARIPOSA HOLDINGS, INC., AND ALPHA ENTGERPRISES, LLC,<br><br>   Defendants | CASE NO. 1:09-CV-1689 AWI GSA<br><br>ORDER RE: EX PARTE REQUEST FOR ORDER RETURNING OF UNUSED EXHIBIT BINDERS |

   The Ioane Group has asked for the return of all unadmitted exhibits in the hands of the United States, the Booths, and the FTB. Doc. 189.  The United States opposes the request on the basis that the proceedings are still ongoing and that the unadmitted exhibits may still be relevant as their exclusion in the Motions in Limine order may be the basis of future Ninth Circuit appeal.  Doc. 190.  The United States's argument is reasonable.  Exhibits need not be returned until final judgment in this case becomes final.  The Ioane Group's motion is DENIED.

IT IS SO ORDERED.

Dated:   July 29, 2013                                     _____
                                                                            SENIOR  DISTRICT  JUDGE