# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, MARIPOSA HOLDINGS, INC., AND ALPHA ENTGERPRISES, LLC,<br><br>Defendants | CASE NO. 1:09-CV-1689 AWI GSA<br><br>ORDER RE: EMERGENCY MOTION FOR STAY |

The parties are scheduled to file proposed findings of fact and conclusions of law by November 1, 2013 and have closing arguments December 10, 2013. The United States has asked for a stay in light of the lapse in federal appropriations that fund the U.S. Department of Justice. Doc. 197. The civil attorneys on this case appear to be prohibited from working under 31 U.S.C. § 1342. The Booths have files a notice of non-opposition. Doc. 198. No other party has responded. In light of this special circumstance making counsel for the United States unavailable, a stay is warranted. All dates in this case are cancelled. The United States is ordered to notify the court as soon as the U.S Department of Justice's funding has been restored. The court will set new dates at that time. The emergency motion for stay is GRANTED.

IT IS SO ORDERED.

Dated:  October 11, 2013

_____

SENIOR DISTRICT JUDGE