UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, MARIPOSA HOLDINGS, INC., AND ALPHA ENTGERPRISES, LLC,<br><br>Defendants | CASE NO. 1:09-CV-1689 AWI GSA<br><br>ORDER RESETTING DATE AND TIME FOR CLOSING ARGUMENT |

Closing argument for the case was originally scheduled for December 10, 2013. Unfortunately, a jury trial is scheduled to begin that day. Additionally, parties have requested an opportunity to file written responses to other parties' proposed findings of fact and conclusions of law. Closing arguments are therefore reset for 10:00 AM on Thursday, January 9, 2014. If any party wishes to respond to other parties' proposed findings of fact and conclusions of law in writing, it must be filed by 3:00 PM on Tuesday, December 17, 2013.

IT IS SO ORDERED.

Dated: December 2, 2013

_____
SENIOR DISTRICT JUDGE