# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:09-CV-1689 AWI GSA** |
| **Plaintiff** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, MARIPOSA HOLDINGS, INC., AND ALPHA ENTGERPRISES, LLC,** | |
| **Defendants** | |

After trial without a jury on July 16-19, 2013, the Court entered Findings of Fact and Conclusions of Law on January 13, 2014 ("Findings" - Dkt. 212). In accord with the Findings, judgment is entered as follows:

JUDGMENT

1. The three parcels of real property that are the subject of this action are described as follows:

A. 5717 Roundup Way, Bakersfield, California 93306, in the County of Kern, State of California, more particularly described as follows:

> LOT 29 OF TRACT NO. 3817, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED OCTOBER 15, 1976 IN BOOK 26, PAGES 151 TO 153 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. . . .[1]

---

[1] Lengthy legal descriptions are set forth in full in Appendix A to the amended complaint, docket number 39-1, filed February 10, 2012, and incorporated by this reference.

B. 1927 21st Street, Bakersfield, California 93301, in the County of Kern, State of California, more particularly described as follows:

> LOTS II AND 12 IN BLOCK 201 OF THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP THEREOF RECORDED NOVEMBER 25,1898 IN BOOK 1, PAGES 13 AND 14 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

C. 5705 Muirfield Drive, Bakersfield, California 93306, in the County of Kern, State of California, more particularly described as follows:

> THE LAND AND REAL PROPERTY IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, CALIFORNIA STATE, DESCRIBED AS:
>
> PARCEL I:
>
> LOT 4 OF TRACT 4578, UNIT A, AS PER MAP THEREOF RECORDED APRIL II, 1984 IN BOOK 33, PAGES 66 AND 67 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.[2]

(hereinafter, collectively, the "Subject Properties").

2. The federal tax liens and judgment lien related to the tax assessments reduced to judgment in this case against V. Steven Booth and Louise Booth, at docket number 156, attach to the Subject Properties. The United States is entitled to foreclose its liens against the Subject Properties, which will be sold pursuant to further order of this Court.

3. Defendants Michael S. Ioane; Acacia Corporate Management, LLC; Alpha Enterprises, LLC; and Mariposa Holdings, Inc. (the "Ioane Defendants") hold the Subject Properties as nominees for V. Steven Booth and Louise Booth. The transfers to the Ioane Defendants were shams, intended to deceive. The Ioane Defendants have no legal interest in the Subject Properties, the proceeds of liens attached to the Subject Properties, or the proceeds from the sale of the Subject Properties.

---

[2] Lengthy legal descriptions are set forth in full in Appendix A to the amended complaint, docket number 39-1, filed February 10, 2012, and incorporated by this reference.

4. The lien interest of the defendant California Franchise Tax Board in the Subject Properties is described in the stipulation and order at docket number 145, and any distribution of sale proceeds will be ordered accordingly.

5. Each party shall be liable for its own costs of litigation and attorneys' fees.

IT IS SO ORDERED.

Dated: __July 9, 2015__                         _____
                                                SENIOR  DISTRICT  JUDGE