1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES, | **Case No. 1:09-cv-01689-AWI-GSA** |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO COMPLETE HIS APPLICATION TO PROCEED IN FORMA PAUPERIS** |
| v. | |
| VINCENT STEVEN BOOTH; LOUISE Q. BOOTH; MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT, LLC; MARIPOSA HOLDINGS, INC.; and ALPHA ENTERPRISE, LLC, | (ECF No. 247) |
| Defendants. | |

On August 6, 2015, Defendant Michael Ioane ("Defendant") filed a Notice of Appeal from a final judgment in this case. (ECF No. 246.) On that same date, Defendant filed an application to proceed *in forma pauperis* ("IFP") in lieu of paying the filing fee to commence his appeal. (ECF No. 247.)

A civil action, or appeal thereof, may proceed despite a failure to prepay the entire filing fee only if the party initiating the action/appeal is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). In applying to proceed IFP, a party must submit an affidavit that "state[s] the facts as to [the] affiant's poverty

1

with some particularity, definiteness and certainty." *Jefferson v. United* States, 277 F.2d 723, 725 (9th Cir. 1960) ("The right to proceed in forma pauperis is not an unqualified one. It is a privilege, rather than a right"); *United States v. Shadley*, No. 2:09-MC-80 WBS GGH, 2010 WL 2509910, at *1 (E.D. Cal. June 17, 2010) (denying request to proceed IFP where applicant "failed to adequately document her financial status"). Under 28 U.S.C. § 1915, as amended by the Prison Litigation Reform Act ("PLRA"), "a prisoner seeking leave to bring a civil action or appeal a judgment in a civil action without prepayment of fees or security . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for . . . the six-month period immediately preceding the filing of the complaint or notice of appeal." 28 U.S.C. § 1915(a)(2); *Andrews v. King*, 398 F.3d 1113, 1119 (9th Cir. 2005).

Defendant's application to proceed IFP is incomplete. Despite the assertion in the application that "I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name," Defendant has attached no such document. Defendant has failed to submit a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).  Accordingly, no later than September 15, 2015, Defendant must file a fully completed application with the required information or submit the required filing fee. **Defendant is advised that failure to comply with the Court's order may result in the denial of his application.**

IT IS SO ORDERED.

Dated:   __August 25, 2015__                    _____ **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE