William McPike State Bar #95869
257 East Bellevue Road, # 188
Atwater, CA 95301
(559) 841-3366

Email: mcpike@netptc.net
Attorney for Acacia Corporate Management, LLC
Michael Scott Ioane, & Mariposa Holdings Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL SCOTT IOANE, et. al.<br><br>Defendant. | Case No. 1:09-CV-01689-AWI-GSA<br><br>STIPULATION TO SUBSTITUTE MICHAEL IOANE, SR., ASSIGNEE, AS REAL PARTY IN INTEREST IN PLACE OF ACACIA CORPORATE MANAGEMENT, LLC, MARIPOSA HOLDINGS, INC., AND ALPHA ENTERPRISES, LLC<br>(F.R.C.P. 25(c)) |

   IT IS HEREBY STIPILATED AND AGREED by and among Defendants ACACIA CORPORATE MANAGEMENT, LLC, MARIPOSA HOLDINGS INC., ALPHA ENTERPRISES, LLC. AND MICHAEL IOANE SR., through their Attorney of record William McPike as follows:

   1) Whereas on or about July 10, 2015 for valuable consideration MICHAEL IOANE SR., obtained all right, title, claims and interest of ACACIA CORPORATE

MANAGEMENT, LLC, MARIPOSA HOLDINGS INC., AND ALPHA ENTERPRISES LLC; in the above entitled action, all as more particularly set forth in that certain " AS SIGNMENT OF CLAIM AND/OR JUDGMENT" a copy of which is attached hereto, marked Exhibit "1".

2) Whereas MICHAEL IOANE SR., is now the real party interest and assignee of the claims of co-defendants, ACACIA CORPORATE MANAGEMENT, LLC, MARIPO-SA HOLDINGS INC., AND ALPHA ENTERPRISES LLC; pursuant to F.R.C.P. 25 (c) and desires to substitute into the action in their place and stead; and

3) Whereas all parties to this Stipulation agree that such substitution of parties take place effective immediately and that, this Stipulation be adopted as an order of the Court. SO AGREED.

Respectfully submitted this 17th day of July 2015.

/s/ William McPike
William McPike, Attorney for Acacia
Corporate Management, LLC, Mariposa
Holdings, Inc. and Michael Ioane

ACACIA CORPORATE MANAGEMENT, LLC

/s/ Steven F. Stucker

Steven F. Stucker, Director

MARIPOSA HOLDINGS INC.

/s/ Michael Ioane Jr.

Michael Ioane, Jr., President

ALPHA ENTERPRISES LLC

/s/Michael Ioane Jr.

Michael Ioane Jr., Director

MICHAEL IOANE SR.

/s/Michael Ioane Sr.

Michael Ioane Sr., Assignee now real party in interest

**ORDER**

Based on the above Stipulation, the lack of opposition, and good cause appearing,

IT IS SO ORDERED.

Dated:  August 26, 2015

SENIOR  DISTRICT  JUDGE