# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT STEVEN BOOTH; LOUISE Q. BOOTH; MICHAEL SCOTT IOANE; ACACIA CORPORATE MANAGEMENT, LLC; MARIPOSA HOLDINGS, INC.; and ALPHA ENTERPRISE, LLC,<br><br>　　　　　Defendants. | **Case No. 1:09-cv-01689-AWI-GSA**<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF Nos. 247, 264) |

　　　　Defendant Michael S. Ioane ("Defendant") is a federal prisoner in Taft Correctional Institution. Defendant has requested leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915. (ECF No. 247.) Defendant's initial application (ECF No. 247) was incomplete and the Court directed him to complete his application. (ECF No. 258.) Defendant has now done so by filing a declaration making the showing required by § 1915(a). (ECF No. 264.) Accordingly, the request to proceed *in forma pauperis* will be granted. 28 U.S.C. § 1915(a).

　　　　Pursuant to 28 U.S.C. § 1915(b)(1), Defendant is required to pay the statutory filing fee of $505.00 for his appeal. Defendant is obligated to make monthly payments of 20% of the preceding month's income credited to his prison trust account. These payments shall be collected

and forwarded by Taft Correctional Institution to the Clerk of the Court each time the amount in Defendant's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendant's request for leave to proceed *in forma pauperis* is GRANTED;
2. Defendant is obligated to pay the statutory filing fee of $505.00 for this action;
3. The Warden of Taft Correctional Institution, or designee, shall collect payments from Defendant's prison trust account in an amount equal to 20% of the preceding month's income credited to the trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $505.00 has been collected and forwarded to the Clerk of the Court;
4. The payments shall be clearly identified by the name and number assigned to this action, and shall be sent to the Clerk of the Court, U.S. District Court, Financial Department, 2500 Tulare Street, Room 1501, Fresno, California, 93721;
5. The Clerk of the Court is DIRECTED to serve a copy of this Order and a copy of Defendant's *in forma pauperis* affidavit on the Warden of Taft Correctional Institution, P.O. Box 7000, Taft, California, 93268; and,
6. The Clerk of the Court is DIRECTED to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **September 15, 2015**                         **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE