# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>VINCENT STEVEN BOOTH, LOUISE Q. BOOTH, MICHAEL SCOTT IOANE, ACACIA CORPORATE MANAGEMENT, LLC, MARIPOSA HOLDINGS, INC., AND ALPHA ENTGERPRISES, LLC,<br><br>Defendants | CASE NO. 1:09-CV-1689 AWI GSA<br><br>ORDER RE: REQUEST FOR JUDICIAL NOTICE |

Defendant Michael Ioane has filed a request for judicial notice of an "attached 12/17/18 letter, pages 1-6, addressed to Hon. Sidney R. Thomas from Eric Lighter, which references case of U.S. v. Steven Audette, CA9 No. 17-10017, D.C. No. 2:14-CR-00858-SPL, District of Arizona, Phoenix" which concerns an "investigation regarding the grand juries for the Ninth Circuit being tampered with." Michael Ioane states that "his criminal trial was fundamentally unfair. This is relevant in this case because: This court relied entirely on the findings of the criminal case when it issued is findings and authorization to sell the subject real property." In this civil case, a four day bench trial took place July 16-19, 2013. The Findings of Fact and Conclusions of Law were based on the testimony and other evidence presented at this civil trial; they were not dependent on Michael Ioane's criminal conviction. As such Michael Ioane's proffered documents are not relevant to this case. Judicial notice need not be granted to irrelevant materials. See e.g. Schaldach v. Dignity Health, 2015 U.S. Dist. LEXIS 136506, *9 (E.D. Cal. Oct. 5, 2015); Shalaby v.

Bernzomatic, 281 F.R.D. 565, 571 (S.D. Cal. 2012); Hargis v. Access Capital Funding, LLC, 674 F.3d 783, 793 (8th Cir. 2012).

Defendant Michael Ioane's request for judicial notice is DENIED. The Clerk's Office is directed to lodge a copy of Michael Ioane's letter and return the original to him.

IT IS SO ORDERED.

Dated:   January 24, 2019

SENIOR  DISTRICT  JUDGE

2