


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Civil No. 1:09-cv-1689-AWI-GSA |
| v. | |
| VINCENT STEVEN BOOTH; LOUISE Q. BOOTH; MICHAEL SCOTT IOANE; et al. | **ORDER CONFIRMING SALE AND DISTRIBUTING PROCEEDS** |
| Defendants. | |

The United States filed a motion seeking an order confirming a judicial sale. The real property at 1927 21st Street sold for $350,000 and the real property at 5705 Muirfield was sold for $190,000 and the real property at 5717 Roundup Way sold for $400,000 and the sale proceeds are presently on deposit with this Court. For good cause shown, the Court enters the following order.

**IDENTIFICATION OF PROPERTY**

The first property at 1927 21st Street, Bakersfield, California 93301, is described as:

> LOTS 11 AND 12 IN BLOCK 201 OF THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP THEREOF RECORDED NOVEMBER 25,1898 IN BOOK 1, PAGES 13 AND 14 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

SUBJECT TO RESTRICTIONS, RESERVATIONS, EASEMENTS, COVENANTS, OIL, GAS OR MINERAL RIGHTS OF RECORD, IF ANY.

(ATN 00324105003)

The second parcel of real property is located at 5705 Muirfield Drive, Bakersfield, California 93306 (ATN 38718006001) (herein referred to as "5705 Muirfield Drive"), in the County of Kern, State of California, and is more particularly described as follows:

> THE LAND AND REAL PROPERTY IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, CALIFORNIA STATE, DESCRIBED AS:
>
> PARCEL I:
>
> LOT 4 OF TRACT 4578, UNIT A, AS PER MAP THEREOF RECORDED APRIL II, 1984 IN BOOK 33, PAGES 66 AND 67 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY . . . [1]

The third parcel of real property is located at 5717 Roundup Way, Bakersfield, California 93306 (ATN 38614008008) (herein referred to as "5717 Roundup Way") in the County of Kern, State of California, and is more particularly described as follows:

> LOT 29 OF TRACT NO.3817, IN THE CITY OF BAKERSFIELD, COUNTY OF KERN, STATE OF CALIFORNIA, AS PER MAP RECORDED OCTOBER 15, 1976 IN BOOK 26, PAGES 151 TO 153 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY. . . [1]

(collectively, the "Property").

The Court finds that the sale of the Property was conducted by the United States in compliance with 28 U.S.C. §§ 2001-2002, and that payment was made and accepted in compliance with the terms of the Court's Order of Judicial Sale. (ECF 298). Accordingly, the motion is GRANTED, and,

---

[1] Lengthy legal descriptions are set forth in full in Appendix A, attached to the amended complaint filed in this action.

IT IS ORDERED THAT the sale on July 18, 2018, of the Property was properly conducted. The sales to the respective purchasers are hereby confirmed.

IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and deliver to the purchaser of 1927 21st Street, Paul J. Dhanens and Diane M Dhanens, as Trustees of the Dhanens Family Trust 2004, a Certificate of Sale and Deed conveying the Property to them or their assignee.

IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and deliver to the purchaser of 5705 Muirfield Drive, Rene Benavides, Jr. a Certificate of Sale and Deed conveying the property to him or his assignee.

IT IS FURTHER ORDERED THAT the Internal Revenue Service is authorized to execute and deliver to the purchaser of 5717 Roundup Way, John V. Gonculan and Biana Lerna Ohanian Gonculan 60% as joint tenants; and Ari Sarkis Ohanian, an unmarried man, 40% as sole separate property, a Certificate of Sale and Deed conveying the property to them or their assignee.

IT IS FURTHER ORDERED THAT, on delivery of the Certificate of Sale and Deed, all interests in, liens against, or claims to the Property that are held or asserted in this action by the plaintiff or any of the defendants, or any successor-in-interest to any defendant, are discharged. On delivery of the Certificate of Sale and Deed, the Property shall be free and clear of the interests of the following defendants: Vincent Steven Booth; Louise Q. Booth; Michael Scott Ioane; Acacia Corporate Management, LLC; State of California Franchise Tax Board; Mariposa Holdings, Inc.; and Alpha Enterprises, LLC.

IT IS FURTHER ORDERED THAT possession of the Property shall be yielded to the Purchasers upon the production of a copy of the Certificate of Sale and Deed; and if

there is a refusal to so yield, a Writ of Assistance may, without further notice, be issued by the Clerk of this Court to compel delivery of the Property to the Purchasers.

**IT IS FURTHER ORDERED THAT** the Clerk shall disburse the proceeds of the sale from the Court's registry in the following manner:

**First**, to the United States – for expenses of sale in the amount of $713.80, made payable to the "Internal Revenue Service," and sent to

>Internal Revenue Service,
>Attn: Hallie Lipscomb, PALS, SA-5209,
>4330 Watt Avenue,
>Sacramento, CA 95660

**Second**, to Kern County for unpaid real property taxes for the 1927 21st Street, Bakersfield, property in the amount of $72,427.30, made payable to the "KCTTC" noting "APN 003-241-05-00-3" and sent to

>Jordan Kaufman
>Treasurer-Tax Collector, County of Kern
>1115 Truxton Avenue, Second Floor
>Bakersfield, CA 93301-4639

**Third**, to Kern County for unpaid real property taxes for the 5717 Roundup Way, Bakersfield, property in the amount of $142,291.11, made payable to the "KCTTC" noting "APN 386-140-08-00-8" and sent to

>Jordan Kaufman
>Treasurer-Tax Collector, County of Kern
>1115 Truxton Avenue, Second Floor
>Bakersfield, CA 93301-4639

**Fourth**, to Kern County for unpaid real property taxes for the 5705 Muirfield Drive, Bakersfield, property in the amount of $53,516.43, made payable to the "KCTTC" noting "APN 387-180-06-00-1" and sent to

Jordan Kaufman
Treasurer-Tax Collector, County of Kern
1115 Truxton Avenue, Second Floor
Bakersfield, CA 93301-4639

**Fifth**, to the United States – all remaining deposited funds with interest, without deducting registry fees, payable to the "U.S. Department of Justice" and sent to:

Department of Justice ATTN: TAXFLU,
P.O. Box 310 - Ben Franklin Station,
Washington, D.C. 20044

for application to the judgment for unpaid federal taxes against Vincent Steven Booth and Louise Q. Booth.

IT IS SO ORDERED.

Dated: January 24, 2019

_____
SENIOR DISTRICT JUDGE